IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ANDERSON,

    Plaintiff,                       No. CIV S-04-0583 MCE DAD P

    vs.

DOCTOR EXUM,

    Defendant.                   <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se. Pursuant to the court's February 2, 2005 scheduling order, the case is set for pretrial conference on December 23, 2005, and jury trial on March 15, 2006. Defendant's pending motion for summary judgment cannot be resolved prior to the date set for pretrial conference. Good cause appearing, IT IS ORDERED that:

        1. Pretrial conference set for December 23, 2005, is vacated, along with the dates set for the filing of pretrial statements and motions to obtain attendance of witnesses at trial; and

        2. Jury trial set for March 15, 2006, at 9:00 a.m. before the Honorable Morrison C. England Jr. is vacated. Dates will be re-set at a later time, if appropriate.

DATED: November 22, 2005.

                                                               DALE A. DROZD
                                                               UNITED STATES MAGISTRATE JUDGE

DAD:13
ande0583.vac